THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2),
SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Octavius Conneil Neely, Appellant.
 
 
 

Appeal From York County
Lee S. Alford, Circuit Court Judge

Unpublished Opinion No. 2011-UP-357
Submitted June 1, 2011  Filed June 30, 2011   

APPEAL DISMISSED

 
 
 
 Appellate Defender Robert Pachak, of Columbia, for Appellant.
 Attorney General Alan Wilson, Chief Deputy Attorney General John W. McIntosh, and Assistant Deputy Attorney General Salley W. Elliott, all of
 Columbia; and Solicitor Kevin S. Brackett, of York, for Respondent.
 
 
 

PER CURIAM:  Octavius Conneil Neely appeals his conviction for possession of crack cocaine with intent to distribute, possession of crack cocaine
with intent to distribute within proximity of a public park, possession of marijuana, and carrying a pistol unlawfully.  On appeal, his counsel argues the
trial court improperly charged the jury that a permissive inference of intent to sell may be made from possession of more than one gram of crack cocaine, but
failed to tell the jury they are free to reject the inference.  Neely raised several additional issues in his pro se brief.  After a thorough review
of the record, counsel's brief, and Neely's pro se brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C.
116, 406 S.E.2d 357 (1991), we dismiss the appeal and grant counsel's motion to be relieved.[1]
APPEAL DISMISSED. 
FEW, C.J., HUFF and KONDUROS, JJ., concur.

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.